# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156319

SUZANNE RUBBA and DANIEL
LeBLANC, Personal Representatives for
the Estate of PATRICIA E. LeBLANC,
        Plaintiffs-Appellees,

v                                                          SC: 156319
                                                           COA: 330416
                                                           Macomb CC: 2013-002255-NH

EUGENE J. AGNONE, M.D., CHAKRPANI
RANGANATHAN, M.D., MICHIGAN
CANCER SPECIALISTS, PLC, and MACOMB
NEUROLOGY ASSOCIATES, PC,
        Defendants,

and

MICHAEL F. ROMANELLI, M.D., and
WOODS CARDIOVASCULAR INTERNAL
MEDICINE ASSOCIATES, PC,
        Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the July 6, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2018



d0321

Clerk